GILBERT *et al.* v. DIVELBISS *et al.*

No. 7079.   Opinion Filed April 27, 1915.

(148 Pac. 689.)

*Error from County Court, Pawnee County;*
*Geo. E. Merritt, Judge.*

Action by Eva P. Gilbert and another against G. M. Divelbiss, A. J. Moulder intervening. Judgment for intervener, and plaintiffs bring error. Appeal dismissed.

*Dillard & Blake,* for plaintiffs in error.

*McNeill & McNeill,* for defendants in error.

BROWN, J.   The facts in this case are identical with those in case No. 7078, *Eva P. Gilbert et al. v. G. M. Divelbiss, ante,* decided at this term of this court, and the syllabus and opinion therein are made the syllabus and opinion herein.

All the Justices concur.